# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

NATHAN J. PETTIGREW,

      Petitioner,

    v.

RICK RAEMISCH, Secretary,
Wisconsin Department of
Corrections, MATTHEW FRANK,
DOC Secretary and ALFONSO
GRAHAM, Chairperson,
Wisconsin Parole Commission,

      Respondents.

## JUDGMENT IN A CIVIL CASE

**Case No.: 3:07-cv-00690-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

/s/ S. Vogel

_____
by Deputy Clerk

1/28/08

_____
Date